■ In the Matter of the Claim of THOMAS POWELL, Appellant, v. LEE & SIMMONS LIGHTERAGE COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion denied. Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ In the Matter of JOHN CANTWELL, Respondent, v. MYLES J. LANE, Appellant. In the Matter of WILLIAM F. RICE, JR., as Sheriff of the County of Albany, Respondent, v. MYLES J. LANE, Appellant.— Motion denied, without costs. Stay continued until the next session of the Court of Appeals at which an application for a stay by appellants in that court may be made with reasonable diligence. Present — Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ.

## (January 28, 1963)

In decisions Nos. 1–9: Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.

■ (A) In the Matter of the Claim of LOUIS CERESNAK, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent. (B) ROBERT SEIBERT et al., Respondents, v. DOROTHY ADAMS et al., Respondents. BEZETTA CLARK, Appellant, v. HOTALING WALTON AUTO SALES CORP. et al., Respondents. (C) In the Matter of PEASE OIL COMPANY et al., Petitioners, v. STATE TAX COMMISSION, Respondent. (D) HELEN BRECKA, Appellant, v. STATE OF NEW YORK, Respondent. (E) DIAMOND CANDLE CO., INC., Appellant, v. STATE OF NEW YORK, Respondent. (F) In the Matter of Claim of George AMBROSINI, Appellant, v. GRACE LINES, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each action] Motions to dismiss appeals granted by default, without costs.

■ (A) IRWIN VOSBURGH, Respondent, v. MCLEAN TRUCKING COMPANY, Appellant. (B) In the Matter of AUGUSTUS C. ROSETTI, Appellant, v. MILLARD HOAGLAND, Respondent. (C) BARTON GROSS, an Infant, Appellant, v. CORNELL UNIVERSITY, Respondent. (D) FLOYD C. GREGORY et al., Respondents, v. SAMUEL SHARAC et al., Appellants.— [In each action] Appeals dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the April 1963 Term on or before March 27, 1963, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RALPH FRANCIS LA SHOMBE, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS GEORGE MOONEY, Appellant.— [In each action] Time to perfect appeals extended 90 days.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE FELD, Appellant, v. WARDEN OF CLINTON STATE PRISON, Respondent.— Permission to prosecute appeal as poor person granted. Appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief.

■ In the Matter of the Claim of JOSEPH GOULD, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Permission to prosecute appeal as a poor person granted. Appeal may be perfected upon one electrostatic copy of the record and five electrostatic copies of the brief. Stephen A. Wise, Esq., 521 Fifth Ave., New York, N. Y., is hereby assigned as counsel.

■ In the Matter of CLEMENTE BROS., INC.— Application granted and time for perfecting and filing records and briefs on these appeals extended to February 15, 1963 and the same to be argued during the term of this court convening March 4, 1963. Stay continued.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH P. J. WINTER, Appellant, v. W. CECIL JOHNSTON, as Superintendent of Dannemora State Hospital, Respondent.— Reapplication for assignment of counsel denied.